[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 14-10380
Non-Argument Calendar
_____

D.C. Docket No. 5:13-cv-00406-RS-GRJ


RAFAEL M. NAVARRO,

Plaintiff,

DANIEL K. SCHMIDT,

Plaintiff-Appellant,

versus

RICHARD RODRIGUES,
President of Portside Condominium Homeowners Association,
BRUCE DAVIDSON,
Vice President of Portside Condominium Homeowners Association,
PORTSIDE CONDOMINIUM HOMEOWNERS ASSOCIATION,
Corporation,
ANNETTE PAGE,
TIMOTHY J. SLOAN,
Attorney for Portside Condominium Homeowners Association, et al.,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Northern District of Florida
_____

(September 24, 2014)

Before WILSON, ROSENBAUM, and FAY, Circuit Judges.

PER CURIAM:

Daniel K. Schmidt, a Florida prisoner proceeding pro se, appeals the district court's sua sponte pre-service dismissal of Schmidt's civil rights and Racketeer Influenced and Corrupt Organizations Act complaint under the screening provision of 28 U.S.C. § 1915A. We agree the wholly frivolous complaint failed to state any federal claim upon which relief can be granted and affirm for the reasons stated in the district court's order, No. 5:13-cv-00406-RS-GRJ, 2014 WL 51364 (N.D. Fla. Jan. 7, 2014), adopting the Report and Recommendation of the magistrate judge. Because there are no viable federal claims and the parties are not diverse, the district court properly dismissed the state-law claims for lack of subject matter jurisdiction.

**AFFIRMED.**